### Ex parte GREEN BELL.

#### No. A-3146. Opinion Filed August 19, 1918.

#### (174 Pac. 1181.)

Petition by Green Bell for writ of habeas corpus. Leave granted to withdraw petition.

See, also, 167 Pac. 1182.

Clark & Haile and J. G. Ralls, for petitioner.

PER CURIAM. Leave granted to withdraw petition on the date the same was filed.

---

### JOHN CORRELL v. STATE.

#### No. A-2746. Opinion Filed August 20, 1918.

#### Appeal from County Court, Pontotoc County;

#### I. M. King, Judge.

John Correll was convicted of violating the live stock quarantine statute, and appeals. Affirmed.

Wadlington & Wadlington, for palintiff in error.

R. McMillan, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The plaintiff in error, John Correll, was convicted at the April, 1916, term of the county court of Pontotoc county on a charge of violating the quarantine regulations, in that he refused to treat infected live stock in the manner provided by law and in keeping with the lawful regulations of the State Board of Agriculture, and his punishment was fixed at a fine of $25.

A careful examination of the record discloses no error sufficient to warrant a reversal of the judgment. It is, therefore, affirmed.

---

### Ex Parte J. H. RUSSELL.

#### No. A-2943. Opinion Filed August 20, 1918.

#### (174 Pac. 1182.)

Application by J. H. Russell for writ of habeas corpus to be admitted to bail. Ordered that petitioner be admitted to bail in a fixed sum, and that upon the approval of his bond he be discharged.

Franklin & Mauldin, for plaintiff in error.

The Attorney General and J. E. Crowder, Co. Atty., of Purcell, for respondent.

PER CURIAM. Order that petitioner be admitted to bail in the sum of $500 for his appearance before the district court of McClain county. Bond to be conditioned as by law required, and to be approved by the court clerk of McClain county. Upon the approval of the same, petitioner shall be discharged.